613

Tauber Motors, Inc., appellant, v. Henry S. Tauber for use of Maurice E. Zuker et al., appellee. Gen. No. 38,519.

Opinion filed July 3, 1936.

John J. Griffin, for appellant. Harry S. Stark, for appellee; Ellis Byman, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Willard Westman, appellee, v. Tires Incorporated, appellant. Gen. No. 38,602.

Opinion filed July 3, 1936.

O'Brien & Hanrahan, for appellant; Matthew J. O'Brien, of counsel. Thomas M. Morris, for appellee.

Mr. Justice Friend delivered the opinion of the court.

John Stryzewski and Anthony Poppert, appellees, v. American Motorists Insurance Company, appellant. Gen. No. 38,615.

Opinion filed July 3, 1936.

Eckert & Peterson, for appellant; A. R. Peterson and Walter W. Ross, Jr., of counsel. Greenfield & Reiff, and Jacob G. Grossberg, for appellees.

Mr. Justice Friend delivered the opinion of the court.

Mary Daubner, appellee, v. John Stenberg, appellant.
Frank Gebhardt, appellee, v. John Stenberg, appellant. Gen. No. 38,635.

Opinion filed July 3, 1936.

Wilson & McIlvaine, for appellant; J. F. Dammann, S. K. Jackson and K. F. Montgomery, of counsel. Royal W. Irwin, for appellees.

Mr. Justice Friend delivered the opinion of the court.